

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

BRENDA DAVIS.   CASE NO.: 3:23-cv-1147-BJD-LLL

PLAINTIFF.

VS.

VYSTAR CREDIT UNION AND AFFILIATES,

DEFENDANT(S),

_____/

## COMPLAINT

Plaintiff submits to the Court this 'cause of action' and says she has exhausted all avenues seeking remedies with communications as to, orally, written, physically with provided time allowances to correct and protect her membership accounts with Vystar Credit Union. Some of the sought remedies regarding Plaintiff's accounts were with Vystar representatives and corporate heads, National Credit Union Administration (NCUA), who immediately transferred my complaint to the Consumer Financial Protection Bureau (CFPB), File Number 230525-11178743. The CFPB presently closed and returned Plaintiff's file back to Vystar

Operations Support Specialist. No resolutions were presented when Plaintiff set appointment to meet recently with a Vystar Representative on September 5, 2023. Plaintiff explained credit cards were compromised many times for many years including with credit cards replacements, high interest rates, fraudulent use of U-choose Rewards, incorrect posting of funds, online errors, etc. The most recent compromised credit card occurred on August 1, 2023 while Plaintiff was hospitalized. An employee from my presently resided Intown Suite extended stay hotel called me continuously while requesting incorrect hotel fees. Due to the hotel employee harassments, unauthorized charges and use of Visa card, it caused age 74 years old Plaintiff to remain in the hospital longer.

According to Vystar's affiliate, Cardholder Services, CMSupport@pscu.com had reviewed and denied this August 1, 2023 dispute with Claim Number 1001005475. Cardholder Services indicated there were no regulations to obtain credit from merchant on Plaintiff's behalf. Unjustly, there were many previous disputes denied by Cardholder Services.

**THEREFORE**, Plaintiff brings to this District Court this civil action under 28 U.S. Code 1391 Venue having jurisdiction. Complaint is worth reviewing and worth damages sought.

Respectfully Submitted,

September ____, 2023

*Brenda Davis*

Brenda Davis-*Pro Se*          (2)

P.O Box 440944

Jacksonville, Florida 32222

(904) 881-9157

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing titled "Complaint" was served by U.S. mailed on September 29th, 2023 on all parties of record on Service List below.

Vystar Credit Union President/CEO, Brian E. Wolfburg

76 South Laura Street

Jacksonville, Florida 32202

(904) 777-6000

Respectfully Submitted,                                          September 29th, 2023

*Brenda Davis* (signature)

Brenda Davis-*Pro Se*

P.O Box 440944

Jacksonville, Florida 32222

(904) 881-9157

(3)